# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| EDUARDO LOCKLEY, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:10-CV-63 (WLS) |
| BRIAN OWENS, *et al.*, | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 4, 2010. (Doc. 4). It is recommended that Plaintiff's claim that Defendants refused to answer or respond to his grievances (Doc. 1) be **DISMISSED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 4) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claim that Defendants refused to answer or respond to his grievances as set forth in his Complaint (Doc. 1) is **DISMISSED**.

**SO ORDERED**, this  30th  day of June, 2010.

    /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1